1   Jay Woollacott (Cal. Bar. #83032)
2   Woollacott PLC
    10850 Wilshire Blvd., Suite 825
3   Los Angeles, California 90024
4   T: (310) 481-2222 / F: (310) 481-9801
    E: jw@woollacottPLC.com
5
6   Attorneys for Urban Sophistication Ltd.
7
8                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
9
10
11  | Urban Sophistication Ltd., | Case No. _____ |
12  | | |
    | Plaintiff, | COMPLAINT: |
13  | | |
14  | vs. | (1) Trademark Infringement and |
    | | Counterfeiting (15 U.S.C. § 1114) |
15  | Ajmall Gulham | |
16  | D/B/A The Puffer Case, | (2) False Designation of Origin |
    | | (15 U.S.C. § 1125(a)) |
17  | Defendant. | |
18  | | (3) Trade Dress Infringement |
    | | (15 U.S.C. § 1125(a)) |
19  | | |
20  | | (4) Cybersquatting (15 U.S.C. |
21  | | 1125(d)) |
22  | | |
    | | (5) Copyright Infringement |
23  | | (17 U.S.C. §§ 101 et seq.) |
24  | | |
25  | | (6) Unfair Competition |
26  | | |
    | | (7) False Advertising |
27  | | |
    | | DEMAND FOR JURY TRIAL |
28

1

2

<u>COMPLAINT</u>

3

4     Plaintiff Urban Sophistication Ltd., for its complaint against defendant Ajmall Gulham d/b/a The Puffer Case ("<u>Gulham</u>") alleges as follows:

5

<u>PARTIES</u>

6     1.     Plaintiff Urban Sophistication ("<u>Urban Sophistication</u>") is a limited

7     liability company organized under the laws of Israel, with a principal address

8     located at The Round Tower, 37th Floor, 1 Azrieli Center, Tel Aviv, Israel

9     6701101. Urban Sophistication was founded in 2015 by siblings, Elad Yam and

10    Neta Yam.

11    2.     Defendant Ajmall Gulham is an individual doing business as "The

12    Puffer Case" with a principal address located at 1771 Mello Ct., Tracy, California

13    95376. This defendant is referred to as "<u>Gulham</u>" in this complaint.

14

<u>JURISDICTION AND VENUE</u>

15    3.     This is an action for trademark infringement and counterfeiting,

16    false designation of origin, trade dress infringement, cybersquatting, copyright

17    infringement, statutory unfair competition, and statutory false advertising.

18    4.     The Court has original jurisdiction to adjudicate the claims in this

19    action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. The Court

20    has supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims.

21    5.     Venue is proper in the Eastern District of California pursuant to 28

22    U.S.C. §§ 1391. The named defendant, Gulham, maintains his principal place of

23    business in this district, and conducts business in this district. Further, upon in-

24    formation and belief, certain of the infringing goods described in this complaint

25    were sold to customers in this district, and a substantial portion of the events and

26    omissions giving rise to this action occurred within the district.

27

28

<div align="center">

COMMON FACTUAL ALLEGATIONS REGARDING
URBAN SOPHISTICATION AND THE PUFFER CASE

</div>

6.    Urban Sophistication has at all times since 2015 been, and is, an online retailer of streetwear and accessories featuring avant-garde products rooted in popular culture.

7.    Urban Sophistication has a robust social media presence, including an Instagram account with the handle @urbansophisticationtm, which as of January 3, 2022, had 248,000 followers.

8.    Urban Sophistication has garnered vast media attention as well as a celebrity following through the years, as evidenced by the press below:

    a.    "Check Out Kendall Jenner and Gigi Hadid's favorite new brand, Urban Sophistication - They update their merchandise weekly based on what's going on in pop culture. It's not uncommon to come across a new line that is beautiful and well-constructed. Or a collection that is boundary-pushing, progressive, or revolutionary, for that matter. But a brand composed of pieces that each make a literal—not just figurative—intellectual statement? Now, that's rare." (TEEN VOGUE, September 15, 2016, https://www.teenvogue.com/story/check-out-kendall-jenner-and-gigi-hadids-favorite-new-brand-urban-sophistication.)

    b.    "These days, almost anyone and anything—IKEA tote bags, fidget spinners, what have you—can have a chance to enjoy a fleeting moment of Internet stardom. While most of us double-tap-to-like every day without consciously thinking about it, brother and sister Elad and Neta Yam have turned their obsession with Insta-culture into a full-blown business." (HYPEBAE, June 16, 2017, https://hypebae.com/2017/6/urban-sophistication-neta-elad-yam-interview.)

    c.    "Lifestyle label Urban Sophistication is the prevailing provocateur of the internet, captivating the zeitgeist through a multitude of

boldly explicit accessories and apparel offerings." (V MAGAZINE, May 25, 2020, https://vmagazine.com/article/urban-sophistication-is-documenting-pop-culture-with-provocative-apparel-and-accessories/.)

     d.    "Existing as a storyboard of pop culture, each capsule released by the edgy brand serves as a physical archive of moments in time, chronicling society's development and how we perceive it." (PAPER MAGAZINE, December 16, 2020, https://www.papermag.com/urban-sophistication-fill-the-void-2649521501.html?rebelltitem=7#rebelltitem7.)

     e.    "Urban Sophistication is all the hype right now. The Israeli-based siblings behind the celeb-loved and community-based street wear label are heavily influenced by their fans and the idea of fifteen minutes of fame culture." (FORBES, March 26, 2021, https://www.forbes.com/sites/angelalei/2021/03/26/15-amazing-gifts-to-treat-yourself-with-this-easter/?sh=500280544cd9.)

     f.    "Urban Sophistication, the cheeky label known for satirizing pop culture in streetwear and accessories (namely phone cases), launched its largest capsule collection to date this month, 'Portrait of Us.'" (WOMEN'S WEAR DAILY, April 1, 2021, https://wwd.com/fashion-news/fashion-scoops/market-moments-urban-sophistication-1234790224/.)

9.    Urban Sophistication created a meme featuring a puffer jacket digitally superimposed on an iPhone case. Images of the meme went viral, and as a result, in 2019, Urban Sophistication began selling a polyurethane phone case product that resembled a quilted down puffer jacket (the "Puffer Case") through its website, https://urbansophistication.boutique/.

10.    The unique shape of the Puffer Case comprises Urban Sophistication's protected trade dress ("Urban Sophistication's Trade Dress" or the "Trade Dress"). The Trade Dress consists of the "puffy" ridged shape of the back of the

case that provides the overall impression of a quilted down puffer jacket. The Trade Dress is distinctive, non-functional, and not required for the use of the Puffer Case product. The Trade Dress has become exclusively associated with Urban Sophistication.

11.    In addition to displaying the Trade Dress, the Puffer Case also displays and advertises Urban Sophistication's trademark, THE PUFFER CASE, which has become exclusively associated with Urban Sophistication. The Puffer Case also displays and advertises Urban Sophistication's Puffer Case logo, which is depicted immediately below:



12.    Urban Sophistication's mark THE PUFFER CASE has acquired distinctiveness as a result of being known to consumers and the public at large, including through extensive sales of cases bearing the mark, advertising of products offered under the mark, media coverage, celebrity endorsements, and other third-party recognition. Urban Sophistication's Puffer Case logo trademark is inherently distinctive and widely recognized by the public. THE PUFFER CASE word mark and Urban Sophistication's Puffer Case logo shall be referred to collectively as "THE PUFFER CASE Marks". Additionally, the Puffer Case displays Urban Sophistication's mark URBAN SOPHISTICATION®. Urban Sophistication is the owner of U.S. Registration No. 6,342,246 for the mark URBAN SOPHISTI-CATION® use in connection with a variety of goods and services, including but not limited to cell phone cases and protective cases for cell phones.

13.    In early June 2019, Urban Sophistication announced through its Instagram account that its Puffer Case was available for sale worldwide. Since then, Urban Sophistication has marketed and sold protective phone cases in the United States featuring its distinctive Trade Dress and bearing the THE PUFFER CASE

1  Marks.

2      14.    Examples of the Puffer Case that launched in June 2019 are availa-

3  ble on Urban Sophistication's Instagram page. These early versions of the Puffer

4  Case contain Urban Sophistication's Trade Dress and both THE PUFFER CASE

5  Marks, as well as Urban Sophistication's graphic logo of two stick figures and

6  the URBAN SOPHISTICATION mark, as shown below:

*Urban Sophistication's "Puffer Case" – June 4, 2019*
*Source: @urbansophisticationtm*



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

*Urban Sophistication's "Puffer Case" – June 9, 2019*
*Source: @urbansophisticationtm*



16   15.   Later versions of the Puffer Case appear below:

17   *Urban Sophistication's "Puffer Case" – February 15, 2021*
*Source: @urbansophisticationtm*

18
19
20
21
22
23
24
25
26
27
28



*Urban Sophistication's "Puffer Case" – February 24, 2021*
*Source: @urbansophisticationtm*



*Urban Sophistication's "Puffer Case" – Accessed November 3, 2021*
*Source: https://urbansophistication.boutique/*



16.    Urban Sophistication's Trade Dress has acquired distinctiveness, is widely known, and has become exclusively associated with Urban Sophistication to both the consuming public and the industry through Urban Sophistication's substantial exclusive and continuous use in commerce in connection with phone

cases, as well as through extensive sales of cases bearing the Trade Dress, extensive advertising of products with the Trade Dress, media coverage, celebrity endorsements, and other third-party recognition. Urban Sophistication's Trade Dress has been in continuous, extensive, and exclusive commercial use in connection with Urban Sophistication's phone cases for approximately two and a half years.

17.     Urban Sophistication's Trade Dress of a phone case resembling a puffer jacket is a non-functional visual design aesthetic meant to signal the presence of, and display, Urban Sophistication's signature kitschy pop culture style and thus cement the product's association with Urban Sophistication's unique brand of cases across the highly varied phone case market.

18.     Urban Sophistication owns and operates a website at https://urban-sophistication.boutique. Through its website, Urban Sophistication advertises, promotes, and sells the Puffer Case under the mark THE PUFFER CASE and Urban Sophistication's Puffer Case logo to customers worldwide.

19.     Urban Sophistication has achieved substantial sales worldwide of phone cases featuring its marks URBAN SOPHISTICATION®, THE PUFFER CASE, the Puffer Case logo, and the Urban Sophistication Trade Dress.

20.     As a result of Urban Sophistication's expenditures and efforts, Urban Sophistication's THE PUFFER CASE Marks, the URBAN SOPHISTICATION® mark, and the Trade Dress have come to signify the high quality of the phone case designated by both the marks owned by Urban Sophistication and the Urban Sophistication Trade Dress, and have acquired incalculable distinction, reputation, and goodwill belonging exclusively to Urban Sophistication.

21.     Urban Sophistication's THE PUFFER CASE Marks, URBAN SOPHISTICATION® mark, and Trade Dress, as well as the phone cases offered thereunder, have received significant unsolicited coverage in the media, including the following:

a.    "[Dua] Lipa's Urban Sophistication puffer case is designed in the style of the down jackets seen on everyone and their mother these last few months, down to the polyurethane fabric, padded quilted sections, and cheeky lookalike logo." (INSTYLE, March 22, 2021, https://www.in-style.com/look-of-the-day/2021-03-22.)

b.    "Urban Sophistication makes phone cases that are just that— urban and, well, sophisticated. Not your average case, their designs verge on satirical, with avant-garde designs plastered over a transparent back-ground or bulky and textured, mimicking a puffer jacket." (V MAGA-ZINE, March 29, 2021, https://vmagazine.com/article/upgrade-your-mir-ror-selfie-game-with-these-7-phone-case-brands/.)

c.    "The Yams unveiled their padded phone case nearly two years ago, a forerunner of the sort of squashy accessory that would become a lockdown essential. Urban Sophistication's piece was inspired by a picture of a puffer jacket that they Photoshopped onto a case. Before long, it was popping up in Dua Lipa's frequent photo dumps." (BRITISH VOGUE, March 30, 2021, https://www.vogue.co.uk/fashion/article/phone-cases-trend.)

d.    "If you stalk Dua Lipa's Instagram like I do (I have no shame in admitting this, and you shouldn't either!), you may have noticed that she's a particular fan of a certain puffy-looking phone case. It's in this photo gallery, this gallery, this pic, the photo below...need I continue? As people often do with things they love, she even made sure she got it in multiple colors: red and brown. And those are just the ones we know about. The style, naturally called 'The Puffer Case,' is from Urban Sophistication and is $65, so you can protect your phone and take all the cute mirror selfies at the same! time!" (COSMOPOLITAN, June 11, 2021, https://www.cos-mopolitan.com/style-beauty/fashion/a36664315/urban-sophistication-

1  [puffer-phone-case-dua-lipa/](puffer-phone-case-dua-lipa/).)

2     e.     "If you love wearing a puffer during the winter and want to

3  figure out how to make it work for summer, Urban Sophistication have

4  answered your question with their new puffer phone case." (GQ BRITAIN,

5  October 25, 2021, [https://www.gq-magazine.co.uk/gallery/best-mens-](https://www.gq-magazine.co.uk/gallery/best-mens-clothing-items-under-250)

6  [clothing-items-under-250](https://www.gq-magazine.co.uk/gallery/best-mens-clothing-items-under-250).)

7     22.     Myriad celebrities and well-known social media influencers, many

8  of whom have hundreds of thousands or even millions of followers, have posted

9  photographs of themselves using Urban Sophistication's Puffer Case, as shown

10  by the non-exhaustive collection of photographs below:



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



THE PUFFER CASE
urbansophisticationtm • Follow
urbansophisticationtm @beberexha
13w
zrxis
13w Reply
View replies (1)
dylansworkshopofficial
13w Reply
View replies (1)
mvpr_nyc
Liked by _gunceakgul and others
AUGUST 4

THE PUFFER CASE
claudiatihan • Follow
claudiatihan this picture showed me that i don't know how to apply bronzer
113w
versacesleo
113w Reply
zestfulness what's shampoo n conditioner do u use?? Ur hair stays lookin soft as hell boo
113w Reply
cbdfundhub your so cute
113w 1 like Reply
meshaelxxi
113w Reply
klaudinjaaa I love youuuu
113w Reply
hun_sky2004
113w Reply
p0ppine @sonia_price its you
112w Reply
celynn.d Kele khara
112w Reply
victorybop2500 Darker the better
112w Reply
adebk11
46,981 likes
AUGUST 30, 2019
Add a comment...
Post







23.     As a result of their distinctiveness and widespread use and promotion throughout the United States, Urban Sophistication's THE PUFFER CASE Marks and Trade Dress have acquired distinctiveness and achieved secondary meaning as identifiers of high-quality cell phone cases and other goods.

24.     Through extensive and continuous promotion and sales, unsolicited press, and word of mouth, Urban Sophistication owns common law rights in THE PUFFER CASE trademark, THE PUFFER CASE logo mark, and the Trade Dress. Urban Sophistication also owns copyright in the design of the THE PUFFER CASE logo mark.

25.     THE PUFFER CASE Marks and the URBAN SOPHISTICATION mark are symbols of Urban Sophistication's quality and goodwill.

//

<div align="center">

COMMON FACTUAL ALLEGATIONS REGARDING

GULHAM'S WRONGFUL CONDUCT

</div>

26.    Gulham at all relevant times had full knowledge of Urban Sophistication's ownership of THE PUFFER CASE Marks, the URBAN SOPHISTICATION® mark, and the Trade Dress, including Urban Sophistication's exclusive right to use, and the goodwill associated with, Urban Sophistication's intellectual property.

27.    With the intent to profit from Urban Sophistication's intellectual property and divert business from Urban Sophistication, Gulham has committed, and continues to commit, a series of wrongful acts in violation of Urban Sophistication's rights, including without limitation filing an unlawful application for trademark registration, promoting and selling counterfeit THE PUFFER CASE products in interstate commerce, and cybersquatting through the unlawful registration and use of the domain names https://puffer-cases.com/ (https://thepuffer-case.net/ and https://puffer-cases.com/, all as alleged more particularly below.

<div align="center">

Gulham's Infringing Uses of Trade Dress and Trademarks

</div>

28.    Gulham has been and is selling, distributing, promoting, marketing, advertising, and offering for sale, in interstate commerce, products bearing infringing marks that are exact copies THE PUFFER CASE Marks and the Urban Sophistication Trade Dress, including cell phone cases (the "Infringing Products"). Because the Infringing Products are deliberate copies of Urban Sophistication's products and bear identical marks, Gulham's copying constitutes willful infringement of Urban Sophistication's Trade Dress, THE PUFFER CASE Marks, and URBAN SOPHISTICATION Mark.

29.    Gulham sells and markets the Infringing Products in several colorways via the websites https://thepuffercase.net/ and https://puffer-cases.com. Gulham also advertises and directs customers to the Infringing Products via an Instagram account, The Puffer Case (@thatpuffercase).

1

30.    Examples of the Infringing Products appear below:

2

*Gulham's Infringing Products*
*Source: https://thepuffercase.net/*

3

4

5

6

7

8

9

10

11

12

13

14





15

16

17

18

19

20

21

22

23

24

25

26

27





28

31.     The Infringing Products feature all of the distinctive elements of Urban Sophistication's Trade Dress.

32.     As illustrated by the photos above, the Infringing Products advertised for sale on Gulham's websites, https://thepuffercase.net/ and https://puffer-cases.com, depict Urban Sophistication's word mark, THE PUFFER CASE, as well as its graphic logo of two stick figures.

33.     Though the Infringing Products advertised for sale on Gulham's websites, https://thepuffercase.net/ and https://puffer-cases.com, do not depict the URBAN SOPHISTICATION mark on the product, customer reviews posted on https://thepuffercase.net/ and https://puffer-cases.com show that the URBAN SOPHISTICATION trademark is present on the Infringing Products that the customers actually received:





34.     Because the Infringing Products sold by Gulham contain an identical and counterfeit trademark which is an exact copy of the URBAN SOPHISTICA-TION mark, the products offered by Gulham are counterfeit goods.

35.     The Infringing Products, though visually similar, are of substantially inferior quality. Purchase of the Infringing Products has resulted and will continue to result in consumer injury as a result of the substantially inferior quality of such products.

36.     Gulham's use of the Trade Dress and THE PUFFER CASE and UR-BAN SOPHISTICATION trademarks are calculated to create an association with Urban Sophistication and cause consumer confusion as to whether Urban Sophistication is the source of the Infringing Products, which copies the Trade Dress and the marks.

37.     The Infringing Products have sold and continue to be sold in the same channels of commerce as the Urban Sophistication products, to the detriment and harm of Urban Sophistication's prospective economic relationships, brand, and goodwill.

38.     Upon information and belief, the Infringing Products are sold worldwide exclusively via the internet.

39.     The product listing pages on https://thepuffercase.net/ and https://puffer-cases.com do not illustrate product packaging but rather only features low-resolution images of the Infringing Product that prominently display Urban Sophistication's Trade Dress and THE PUFFER CASE mark. This deceptive method of internet sales, with no distinctive product packaging, further enhances the likelihood of consumer confusion.

40.     Some of the images on https://thepuffercase.net/ and https://puffer-cases.com include photographs of taken from Urban Sophistication and include photographs of Elad Yam and Neta Yam holding genuine Urban Sophistication products.

41.     Gulham's ongoing deceptive use and infringement of Urban Sophistication's Trade Dress and trademarks has resulted, and will continue to result, in a likelihood of confusion as to source, affiliation, or sponsorship between the Infringing Product and Urban Sophistication's Trade Dress and trademarks, and risks irreparable harm to Urban Sophistication's business, goodwill, and customer relationships.

42.     Gulham's use of Urban's Sophistication's Trade Dress and trademarks has resulted in actual confusion about the source of the product, as evidenced by the fact that consumers have posted photographs of the Puffer Case on Instagram and have tagged only the infringing Instagram account (@thatpuffercase) or the infringing account and Urban Sophistication's account:





<u>Gulham's Unlawful Registration and Use of Domain Names</u>

43.    On or about August 10, 2021, Gulham registered https://thepuffer-case.net/ with the registrar Tucows Domains Inc. (the "Registrar").

44.    On or about November 12, 2021, Gulham registered https://puffer-cases.com/ (https://thepuffercase.net/ and https://puffer-cases.com/ collectively referred to as the "<u>Infringing Domain Names</u>") with the Registrar.

45.    The WHOIS records do not disclose the identity of the domain name registrant, upon information and belief, Gulham is the registrant of the Infringing Domain Names.

46.    The Infringing Domain Names are identical or confusingly similar to and dilutive of THE PUFFER CASE mark, which was distinctive when Gul-

ham registered the Infringing Domain Names. Upon information and belief, Gulham was aware of Urban Sophistication's rights in THE PUFFER CASE mark when he selected and registered the Infringing Domain Names, and knowingly and intentionally registered the Infringing Domain Names because of its similarity to Urban Sophistication's THE PUFFER CASE mark.

47.     Gulham has no rights in or to any trademark or name that is similar to the Infringing Domain Names and is not known by any name that is similar to the Infringing Domain Names. Upon information and belief, Gulham had no legitimate purpose for registering the Infringing Domain Names and did so only with bad faith intent to profit from the goodwill in Urban Sophistication's THE PUFFER CASE mark and from use of the Infringing Domain Names as set out herein.

48.     Without Urban Sophistication's authorization and, beginning after Urban Sophistication acquired protectable exclusive rights in THE PUFFER CASE marks, Gulham listed the Infringing Product for sale at the Infringing Domain Names (the "Infringing Websites").

49.     Gulham used the Infringing Domain Names, which are confusingly similar to Urban Sophistication's famous THE PUFFER CASE mark, to divert internet users looking for Urban Sophistication's website to the Infringing Websites. Gulham used the Infringing Domain Name with bad faith intent to financially benefit by selling the Infringing Product.

50.     Because the Infringing Domain Names are confusingly similar to THE PUFFER CASE mark, and on the Infringing Websites, Gulham promotes, sells, and depicts goods that are identical to Urban Sophistication's goods offered under the THE PUFFER CASE Marks, URBAN SOPHISTICATION marks, and Trade Dress, consumers are likely to be confused into thinking that Urban Sophistication authorized, approved, or is affiliated or connected with the Infringing Domain Names and the goods promoted and sold on the site, when that is not the

case.

51.    Gulham's use of the Infringing Domain Names as alleged herein has resulted in consumer confusion.

52.    Due to the similarity of the Infringing Domain Names and Urban Sophistication's distinctive THE PUFFER CASE mark, consumers have associated and are likely to continue to associate the Infringing Domain Names with Urban Sophistication's THE PUFFER CASE mark, impairing the distinctiveness of Urban Sophistication's valuable mark.

53.    Gulham registered and uses domain names so confusingly similar to Urban Sophistication's distinctive THE PUFFER CASE mark with the intention of causing consumers to associate the Infringing Domain Name with Urban Sophistication's THE PUFFER CASE mark and to believe that the Infringing Domain Names are sponsored by, affiliated with, or originating from Urban Sophistication.

54.    Gulham's acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Urban Sophistication and to its valuable reputation and goodwill with the consuming public for which Urban Sophistication has no adequate remedy at law.

<u>Gulham's Unlawful Application for Trademark Registration</u>

55.    On April 15, 2021, Gulham filed a trademark application (U.S. Serial Number 90/646,761) for the mark THE PUFFER CASE in connection with cell phone cases in International Class 009 (the "<u>Fraudulent Application</u>"). A true and correct copy of the TEAS Plus Application is attached to this complaint as <u>Exhibit 1</u> and incorporated by reference.

56.    Gulham had no legitimate purpose for seeking registration of the mark covered by the Fraudulent Application. Gulham filed the Fraudulent Application to act as cover for his other wrongful acts alleged in this complaint, in bad faith, and with the intent to profit from the goodwill in Urban Sophistication's

THE PUFFER CASE mark and from use of the mark covered by the Fraudulent Application.

57.     The mark in the Fraudulent Application is identical or confusingly similar to and dilutive of Urban Sophistication's THE PUFFER CASE mark, which was distinctive and famous when Gulham filed the Fraudulent Application. Upon information and belief, Gulham was aware of Urban Sophistication's rights in THE PUFFER CASE mark when it filed the Fraudulent Application, and knowingly and intentionally sought registration of the mark in the Fraudulent Application because of its similarity to Urban Sophistication's THE PUFFER CASE mark.

58.     Gulham has no rights in or to any trademark or name that is similar to the mark shown in the Fraudulent Application.

<u>Gulham's Wrongful Conduct Is Ongoing</u>

59.     On June 30, 2021, counsel for Urban Sophistication sent a letter to Gulham requesting that he cease and desist from his infringing activity. Gulham, without responding directly to the letter, failed and refused to cease his infringing activities, which are continuing at this time.

60.     Gulham's ongoing wrongdoing, and Gulham's failure and refusal to cease and desist from his infringing activities despite Urban Sophistication's demand indicates his wrongful conduct will continue unabated unless and until enjoined by the court.

61.     The injuries and damages sustained by Urban Sophistication have been directly and proximately caused by Gulham's wrongful reproduction, use, advertisement, promotion, offering to sell, and sale of the Infringing Products and reproduction of goods containing the counterfeit URBAN SOPHISTICATION mark.

## COUNT ONE -- TRADEMARK INFRINGEMENT
## AND COUNTERFEITING
### 15 U.S.C. § 1114

62.    Urban Sophistication incorporates by reference paragraphs 1 through 61, in this claim for relief.

63.    Gulham has been and is selling, distributing, promoting, marketing, advertising, and offering for sale, in interstate commerce, counterfeit and infringing cell phone cases bearing the counterfeit URBAN SOPHISTICATION mark.

64.    Gulham's counterfeiting and infringing activities are likely to cause and actually are causing confusion, mistake, and deception of the general consuming public as to the origin and quality of Gulham's Infringing Products bearing the counterfeit URBAN SOPHISTICATION mark.

65.    Gulham's above-described illegal actions constitute counterfeiting and infringement of the URBAN SOPHISTICATION mark in violation of Urban Sophistication's rights under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

66.    Urban Sophistication requests a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, manufacturing, importing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product bearing the Urban Sophistication's the URBAN SOPHISTICATION trademark; and any product using any trademarks confusingly similar to the URBAN SOPHISTICATION trademark in any manner. Urban Sophistication further requests a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham from counterfeiting the URBAN SOPHISTICATION mark; Urban Sophistication's remedy at law is inadequate as to such wrongful conduct by Gulham.

//

67.    Urban Sophistication is entitled to monetary damages measured by and including all profits and damages resulting from Gulham's counterfeiting activities, according to proof, and that the award to Urban Sophistication be trebled, as provided for under 15 U.S.C. § 1117, or, at Urban Sophistication's election, that Urban Sophistication be awarded statutory damages in the amount of two million dollars ($2,000,000.00), as provided by 15. U.S.C. § 1117(c)(2) of the Lanham Act.

### COUNT TWO – FALSE DESIGNATION OF ORIGIN
### 15 U.S.C. § 1125(a)

68.    Urban Sophistication incorporates by reference paragraphs 1 through 67 in this claim for relief.

69.    Gulham has widely advertised and distributed the Infringing Products bearing and sold under marks that are identical to Urban Sophistication's THE PUFFER CASE logo and THE PUFFER CASE mark in combination with trade dress that is identical to Urban Sophistication's Trade Dress. Gulham has also widely advertised and distributed Infringing Products bearing and sold under marks that are identical to Urban Sophistication's URBAN SOPHISTICATION® and THE PUFFER CASE Marks in combination with trade dress which is identical to Urban Sophistication's Trade Dress.

70.    Gulham's Infringing Products are virtually identical in appearance to Urban Sophistication's respective genuine goods.

71.    Gulham's use of marks identical to Urban Sophistication's URBAN SOPHISTICATION® and THE PUFFER CASE Marks in combination with trade dress which is identical to Urban Sophistication's Trade Dress for mobile phone cases is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Gulham with Urban Sophistication, or as to the origin, sponsorship, or approval of Gulham's goods by Urban Sophistication in violation of 15 U.S.C. § 1125(a).

72.     Gulham's acts as alleged in this claim for relief were and are being committed with the intent to confuse the public into thinking that there is an affiliation or association with or a sponsorship, or approval of Gulham's mobile phone cases by Urban Sophistication. Gulham's acts of false designation of origin and trademark infringement have deceived consumers and are likely to continue to deceive a substantial segment of the consuming public, which confusion is likely to influence purchasing decisions.

73.     Gulham's aforesaid acts were done with knowledge and in willful disregard of Urban Sophistication's exclusive rights in its trademarks.

74.     Urban Sophistication requests a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product using Urban Sophistication's Trade Dress; and any product using any trade dress similar to the Urban Sophistication Trade Dress. Urban Sophistication's remedy at law is inadequate as to such wrongful conduct by Gulham.

75.     Urban Sophistication has been damaged in an amount according to proof as a direct and proximate result of Gulham's unlawful actions alleged in this claim for relief.

76.     Urban Sophistication is entitled to an award of Gulham's profits, damages caused by Gulham's actions, and the costs of this action under Title 15 United States Code §1117. Because Gulham's wrongful acts alleged herein are willful, this an extraordinary case entitling Urban Sophistication to treble damages and attorneys' fees under Title 15 United States Code §1117(b).

<u>COUNT THREE – TRADE DRESS INFRINGEMENT</u>

15 U.S.C. § 1125

77.     Urban Sophistication incorporates by reference paragraphs 1 through 76 in this claim for relief.

78.     Urban Sophistication owns the Puffer Case as Urban Sophistication Trade Dress.

79.     The Urban Sophistication Trade Dress for the Puffer Case is distinctive.

80.     Urban Sophistication's Trade Dress is non-functional.

81.     Gulham used in commerce Urban Sophistication's Trade Dress or a trade dress for mobile phone cases that is confusingly similar to Urban Sophistication's Trade Dress, without Urban Sophistication's consent. Gulham's use of Urban Sophistication's Trade Dress or a trade dress which is confusingly similar to Urban Sophistication's Trade Dress is likely to cause—and has caused—confusion or mistake, or to deceive as to the affiliation, connection, or association of Urban Sophistication with Gulham, or as to the origin, sponsorship, or approval of Gulham's goods by Urban Sophistication in violation of 15 U.S.C. § 1125(a).

82.     Gulham's acts alleged in this claim for relief were and are being committed in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the Puffer Case products. Gulham at all relevant times acts with the intent to confuse the public into thinking that there is an affiliation or association with or a sponsorship, or approval of Gulham's mobile phone cases by Urban Sophistication. Such acts have deceived consumers, and are likely to continue to deceive a substantial segment of the consuming public, including without limitation by influencing purchasing decisions.

83.     Urban Sophistication requests a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product using Urban Sophistication's THE PUFFER CASE Marks, the UR-

BAN SOPHISTICATION trademark; and any product using the Urban Sophistication trademarks, copyrights, logos, designs, and designations identical to or confusingly similar to the Urban Sophistication Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark, and any like marks, in any manner. Urban Sophistication's remedy at law is inadequate as to such wrongful conduct by Gulham.

84.     Urban Sophistication is entitled to an award of Gulham's profits, damages caused by Gulham's actions, and the costs of this action under Title 15 United States Code §1117. Because Gulham's wrongful acts alleged herein are willful, this an extraordinary case entitling Urban Sophistication to treble damages and attorneys' fees under Title 15 United States Code §1117(b).

<u>COUNT FOUR – CYBERSQUATTING</u>

15 U.S.C. § 1125(d)

85.     Urban Sophistication incorporates by reference paragraphs 1 through 84 in this claim for relief.

86.     Urban Sophistication owns all rights in and to THE PUFFER CASE mark, which is strong, distinctive, and famous, and was strong, distinctive, and famous as of the date that Gulham registered the Infringing Domain Names.

87.     Gulham registered, used, and trafficked in the Infringing Domain Names, which are identical and confusingly similar to and dilutive of Urban Sophistication's THE PUFFER CASE mark.

88.     Gulham registered, used, and trafficked in the Infringing Domain Names with the intent to profit from its confusing similarity to Urban Sophistication's THE PUFFER CASE mark. Among other things:

a.     Gulham registered the Domain Names, despite knowing that Gulham had no rights in any name or mark and was not known by any name that was referenced or reflected in the Infringing Domain Name;

b.     Gulham made no bona fide, non-infringing, commercial use

or fair non-commercial use of the Infringing Domain Name; and

      c.    Gulham intended to divert consumers looking for Urban Sophistication's goods online to the Infringing Website by exploiting the confusing similarity of the Infringing Domain Name and THE PUFFER CASE mark for Gulham's commercial gain.

89.    Gulham's conduct is directly and proximately causing substantial, immediate, and irreparable harm and injury to Urban Sophistication, and to its goodwill and reputation, and will continue to damage Urban Sophistication unless enjoined by this court. Urban Sophistication has no adequate remedy at law.

90.    Urban Sophistication is entitled to injunctive relief pursuant to 15 U.S.C. §§ 1116 and 1125(d)(1)(C), including, a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from registering any domain name containing the marks URBAN SOPHISTICATION, THE PUFFER CASE, or any confusingly similar variant thereof, as well as an Order requiring cancellation of Gulham's registration of the domain names https://thepuffercase.net/ and https://puffer-cases.com and any other domain names containing the marks URBAN SOPHISTICATION, THE PUFFER CASE, or any confusingly similar variant thereof owned or registered by Gulham to Urban Sophistication.

91.    Urban Sophistication is entitled to statutory damages pursuant to 15 U.S.C. § 1117(d), attorneys' fees, and pre-judgment and post-judgment interest.

<div align="center">COUNT FIVE – COPYRIGHT INFRINGEMENT</div>

<div align="center">17 U.S.C. §§ 101 et seq.</div>

92.    Urban Sophistication incorporates by reference paragraphs 1 through 91 in this claim for relief.

93.    Urban Sophistication owns the exclusive copyright in Urban Sophistication's THE PUFFER CASE logo.

94.    Gulham had access to Urban Sophistication's copyrighted work as

established by, among other things, the widespread availability of Urban Sophistication's phone cases bearing the logo and the fact that Gulham knew about the Urban Sophistication's mark and logo as evidenced by the USPTO records.

95. Gulham infringed Urban Sophistication's copyright by advertising, marketing, offering for sale, selling, distributing, and profiting from the Infringing Products incorporating the protectable expression taken from Urban Sophistication's copyright, without Urban Sophistication's permission.

96. Gulham infringed Urban Sophistication's copyrights willfully.

97. Urban Sophistication requests a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; and any product using the Urban Sophistication copyrights in any manner. Urban Sophistication's remedy at law is inadequate as to such wrongful conduct by Gulham.

98. Urban Sophistication is entitled to actual damages and Gulham's profits, in an amount to be proven at trial.

## COUNT SIX –UNFAIR COMPETITION

Cal. Bus. & Prof. Code, §§ 17200 et seq.

99. Urban Sophistication incorporates by reference paragraphs 1 through 98 in this claim for relief.

100. Gulham's acts constitute unfair competition as defined in Business & Professions Code sections 17200 et seq., including without limitation Gulham's unlawful acts in violation of 15 U.S.C. §§ 1114 and 1125, and 17 U.S.C. §§ 101 et seq.

101. Urban Sophistication has suffered injury in fact and has lost money and property, including without limitation loss of sales and revenue, as a result of Gulham's acts of unfair competition.

102.   Urban Sophistication requests temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product using Urban Sophistication's Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark; and any product using the Urban Sophistication trademarks, copyrights, logos, designs, and designations identical to or confusingly similar to the Urban Sophistication Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark, and any like marks, in any manner.

<u>COUNT SEVEN –FALSE ADVERTISING</u>

Cal. Bus. & Prof. Code, §§ 17500 et seq.

103.   Urban Sophistication incorporates by reference paragraphs 1 through 102 in this claim for relief.

104.   Gulham's acts constitute untrue and misleading advertising as defined by Business & Professions Code sections 17500 et seq., done with intent to induce members of the public to purchase Gulham's Infringing Products.

105.   Urban Sophistication requests a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product using Urban Sophistication's Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark; and any product using the Urban Sophistication trademarks, copyrights, logos, designs, and designations identical to or confusingly similar to the Urban Sophistication Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark, and any like marks, in any manner.

PRAYER FOR RELIEF

WHEREFORE, plaintiff Urban Sophistication Ltd. prays for judgment on its complaint against defendant Ajmall Gulham d/b/a/ The Puffer Case, as follows:

On Count One:

1.   For a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, manufacturing, importing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product bearing the Urban Sophistication's the URBAN SOPHISTICA-TION trademark; and any product using any trademarks confusingly similar to the URBAN SOPHISTICATION trademark in any manner;

2.   For a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from counterfeiting the URBAN SOPHISTICATION mark;

3.   For monetary damages measured by all profits and damages resulting from Gulham's counterfeiting activities, according to proof, and that the award to Urban Sophistication be trebled, as provided for under 15 U.S.C. § 1117, or, at Urban Sophistication's election, that Urban Sophistication be awarded statutory damages in the amount of two million dollars ($2,000,000.00), as provided by 15. U.S.C. § 1117(c)(2) of the Lanham Act;

On Count Two:

4.   For entry of a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product using Urban Sophistication's Trade Dress; and any product using any trade dress similar to the Urban Sophistication Trade Dress;

5.     For monetary damages measured by all profits and damages result-ing from Gulham's infringing activities, according to proof, and that the award to Urban Sophistication be trebled, as provided for under 15 U.S.C. § 1117;

On Count Three:

6.     For entry of a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product us-ing Urban Sophistication's THE PUFFER CASE Marks, the URBAN SOPHIS-TICATION trademark; and any product using the Urban Sophistication trade-marks, copyrights, logos, designs, and designations identical to or confusingly similar to the Urban Sophistication Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark, and any like marks, in any manner;

7.     For monetary damages measured by all profits and damages result-ing from Gulham's infringing activities, according to proof, and that the award to Urban Sophistication be trebled, as provided for under 15 U.S.C. § 1117;

On Count Four:

8.     For entry of a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from registering any domain name containing the marks URBAN SOPHISTICATION, THE PUFFER CASE, or any confusingly similar variant thereof;

9.     For an Order requiring cancellation of Gulham's registration of the domain names https://thepuffercase.net/ and https://puffer-cases.com and any other domain names containing the marks URBAN SOPHISTICATION, THE PUFFER CASE, or any confusingly similar variant thereof owned or registered by Gulham to Urban Sophistication;

10.     For statutory damages, according to proof, as provided for under 15

U.S.C. § 1117(d);

On Count Five:

11.    For entry of a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; and any product using the Urban Sophistication copyrights in any manner.

12.    For monetary damages resulting from Gulham's copyright infringement, according to proof;

On Count Six:

13.    For a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product using Urban Sophistication's Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark; and any product using the Urban Sophistication trademarks, copyrights, logos, designs, and designations identical to or confusingly similar to the Urban Sophistication Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark, and any like marks, in any manner.

On Count Seven:

14.    For a temporary restraining order, preliminary injunction, and permanent injunction enjoining and restraining Gulham, and those acting in concert with Gulham, from advertising for sale, distributing, marketing, selling, or receiving the proceeds from sales of: the Infringing Products; any product using Urban Sophistication's Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark; and any product using the Urban Sophistication

trademarks, copyrights, logos, designs, and designations identical to or confusingly similar to the Urban Sophistication Trade Dress, THE PUFFER CASE Marks, the URBAN SOPHISTICATION trademark, and any like marks, in any manner.

<u>On All Counts</u>:

15.     For Urban Sophistication's attorney fees incurred in this action;

16.     For costs of suit incurred in the action.

17.     For pre-judgment interest on the judgment amount.

18.     For such other and further relief as the Court deems just and proper.


January 17, 2022

*/s/ Jay Woollacott*

_____

Jay Woollacott
California SBN 83032
Woollacott PLC
10850 Wilshire Boulevard, Suite 825
Los Angeles, California 90024
(310) 481-2222
Attorneys for Urban Sophistication Ltd.

## JURY DEMAND

Plaintiff Urban Sophistication Ltd. hereby demands trial by jury of the issues raised by the complaint.

January 17, 2022

/s/ Jay Woollacott

_____
Jay Woollacott
California SBN 83032
Woollacott PLC
10850 Wilshire Boulevard, Suite 825
Los Angeles, California 90024
(310) 481-2222
Attorneys for Urban Sophistication Ltd.

EXHIBIT 1

PTO- 1478
Approved for use through 04/30/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90646761**
**Filing Date: 04/15/2021**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | The Puffer Case |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | The Puffer Case |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Gulham, Ajmall |
| **DBA/AKA/TA/FORMERLY** | DBA The Puffer Case |
| **\*MAILING ADDRESS** | 1771 Mello Ct Tracy,CA 95376 |
| **\*CITY** | Tracy |
| **\*STATE**<br>**(Required for U.S. applicants)** | California |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 95376 |
| **PHONE** | 209-200-0074 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | LIMITED LIABILITY COMPANY |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 009 |

| | |
|---|---|
| *IDENTIFICATION | Cell phone cases |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/13/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/13/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\906\467\90646761\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\906\467\90646761\xml1 \ FTK0004.JPG |
| SPECIMEN DESCRIPTION | A cellphone case with a unique puffer design. |
| WEBPAGE URL | thepuffercase.com |
| WEBPAGE DATE OF ACCESS | 04/13/2021 |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use "The Puffer Case" apart from the mark as shown. |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Gulham, Ajmall |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | agulham@gmail.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /A.G./ |
| * SIGNATORY'S NAME | Ajmall Gulham |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 209-200-0074 |
| * DATE SIGNED | 10/23/2000 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 04/30/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90646761**
**Filing Date: 04/15/2021**

## To the Commissioner for Trademarks:

**MARK:** The Puffer Case (Standard Characters, see mark)
The literal element of the mark consists of The Puffer Case. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Gulham, Ajmall, DBA The Puffer Case, a limited liability company legally organized under the laws of California, having an address of

    1771 Mello Ct Tracy,CA 95376
    Tracy, California 95376
    United States
    209-200-0074(phone)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009:  Cell phone cases

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/13/2021, and first used in commerce at least as early as 04/13/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) A cellphone case with a unique puffer design..
Specimen File1
Specimen File2

Webpage URL: thepuffercase.com
Webpage Date of Access: 04/13/2021

**Disclaimer**
No claim is made to the exclusive right to use "The Puffer Case" apart from the mark as shown.

The applicant's current Correspondence Information:

    Gulham, Ajmall
    PRIMARY EMAIL FOR CORRESPONDENCE: agulham@gmail.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<div align="center">

**Declaration**

</div>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /A.G./   Date: 10/23/2000
Signatory's Name: Ajmall Gulham
Signatory's Position: Owner
Signatory's Phone Number: 209-200-0074
Signature method: Signed directly within the form
Payment Sale Number: 90646761
Payment Accounting Date: 04/15/2021

Serial Number: 90646761
Internet Transmission Date: Thu Apr 15 04:30:37 ET 2021
TEAS Stamp: USPTO/FTK-XXXX:XXX:XXXX:XX:XXXX:XXXX:XXX
X:XXXX-20210415043037587767-90646761-770
5122b7a0c3616e6bf9ddd7ddafd646fa825ea776
7b7d358084ef399065f40-CC-30331174-202104
15040906905696

# The Puffer Case

