

# United States District Court
# Eastern District of California

| Urban Sophistication Ltd. | Case Number: 2:22-cv-00093-KJM-JDP |
|---|---|

Plaintiff(s)

V.

| Ajmall Gulham DBA The Puffer Case | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mari-Elise Paul hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Urban Sophistication Ltd.

On 10/20/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of Virginia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Harris v. Origin Effects Limited - 2:22-cv-01092-JAM-CKD -- pro hac vice application granted

Date: 01/21/2022         Signature of Applicant: /s/ Mari-Elise Paul

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mari-Elise Paul |
| Law Firm Name: | Stites & Harbison PLLC |
| Address: | 400 West Market Street |
| | Suite 1800 |
| City: | Louisville   State: KY   Zip: 40202 |
| Phone Number w/Area Code: | (502) 587-3400 |
| City and State of Residence: | Louisville, Kentucky |
| Primary E-mail Address: | mpaul@stites.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jay A. Woollacott |
| Law Firm Name: | Woollacott PLC |
| Address: | 10850 Wilshire Blvd. |
| | Suite 825 |
| City: | Los Angeles   State: CA   Zip: 90024 |
| Phone Number w/Area Code: | (310) 481-2222   Bar # 83032 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 27, 2022

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MARI-ELISE PAUL** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MRS. PAUL** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 20, 2010,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued January 7, 2022

*Karen Gould*
KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER