Brian Russ (SBN #318281)
Brian Russ Law, Inc.
2110 K Street
Sacramento, CA 95816
T: (916) 750-5155 / F: (916) 249-3008
E: brian@brianrusslaw.com
Attorney for Defendant Ajmall Gulham

Jay Woollacott (Cal. Bar. #83032)
Woollacott PLC
10850 Wilshire Blvd., Suite 825
Los Angeles, California 90024
T: (310) 481-2222 / F: (310) 481-9801
E: jw@woollacottPLC.com
Attorneys for Plaintiff Urban Sophistication Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Urban Sophistication Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Ajmall Gulham, <br> D/B/A The Puffer Case, <br><br> Defendant. | Case No.  2:22-cv-00093-KJM-JDP <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144); ORDER** <br><br> HONORABLE <br> KIMBERLY J. MUELLER |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective attorneys that Defendant Ajmall Gulham may have additional time within which to

answer or otherwise respond to plaintiff's complaint. Therefore, the last day for defendant to

answer or otherwise respond to plaintiff's complaint is Monday, April 4, 2022.

Good cause exists for this extension as plaintiff's and defense's counsel are diligently

working towards an amicable resolution on the entire matter.

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT; ORDER
Case No.  2:22-cv-00093-KJM-JDP

1     This document is being electronically filed through the Court's ECF System. In this

2 regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to

3 all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of

4 this document; and (3) a record supporting this concurrence is available for inspection or

5 production if so ordered.

6

7                                Respectfully submitted,

8

9      DATED: March 3, 2022                BRIAN RUSS LAW, INC
                                        By:  */s/ Brian D. Russ*

10                                             BRIAN D. RUSS
                                           Attorney for Defendant Ajmall

11                                         Gulham

12

13     DATED: March 3, 2022                WOOLACOTT PLLC
                                        By:  */s/ Jay Woollacott*

14                                         Jay Woollacott
                                          Attorneys for Plaintiff Urban

15                                         Sophistication Ltd.

16

17

18     In accordance with the foregoing stipulation, defendant is required to respond to plaintiff's

19 First Amended Complaint on or before April 4, 2022, or within 14 days after service of plaintiff's

20 First Amended Complaint, whichever is later.  *See* Fed. R. Civ. P. 15(a)(3).

21     **IT IS SO ORDERED.**

22 DATED:  March 14, 2022.

23

24 _____

25 CHIEF UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT; ORDER
Case No.  2:22-cv-00093-KJM-JDP