Brian Russ (SBN #318281)
Brian Russ Law, Inc.
2110 K Street
Sacramento, CA 95816
T: (916) 750-5155 / F: (916) 249-3008
E: brian@brianrusslaw.com
Attorney for Defendant Ajmall Gulham

Jay Woollacott (Cal. Bar. #83032)
Woollacott PLC
10850 Wilshire Blvd., Suite 825
Los Angeles, California 90024
T: (310) 481-2222 / F: (310) 481-9801
E: jw@woollacottPLC.com
Attorneys for Plaintiff Urban Sophistication Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Urban Sophistication Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>Ajmall Gulham<br>D/B/A The Puffer Case, Jordi van Elst, and<br>DOES 1-17,<br><br>Defendant(s). | Case No.  2:22-cv-00093-KJM-JDP<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT AJMALL GULHAM TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144); ORDER**<br><br>HONORABLE<br>KIMBERLY J. MUELLER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant Ajmall Gulham may have additional time within which to answer or otherwise respond to plaintiff's complaint. Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is Monday, April 25, 2022.

Good cause exists for this extension as counsel are diligently working towards an amicable resolution on the claims related to Defendant Gulham.

1

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

DATED: March 30, 2022

BRIAN RUSS LAW, INC
By: _/s/ Brian D. Russ_____
BRIAN D. RUSS
Attorney for Defendant Ajmall Gulham

DATED: March 30, 2022

WOOLACOTT PLLC
By: _/s/ Jay Woollacott_____
Jay Woollacott
Attorneys for Plaintiff Urban Sophistication Ltd.

## **ORDER**

In accordance with the foregoing stipulation **IT IS SO ORDERED.  The** last day for defendant to answer or otherwise respond to plaintiff's complaint is Monday, April 25, 2022.

DATED:  April 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2