1  Brian Russ (SBN #318281)
   Brian Russ Law, Inc.
2  2110 K Street
3  Sacramento, CA 95816
   T: (916) 750-5155 / F: (916) 249-3008
4  E: brian@brianrusslaw.com
   Attorney for Defendant Ajmall Gulham
5

6  Jay Woollacott (Cal. Bar. #83032)
   Woollacott PLC
7  10850 Wilshire Blvd., Suite 825
   Los Angeles, California 90024
8  T: (310) 481-2222 / F: (310) 481-9801
   E: jw@woollacottPLC.com
9  Attorneys for Plaintiff Urban Sophistication Ltd.

10

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

| 14 | Urban Sophistication Ltd., | Case No.  2:22-cv-00093-KJM-JDP |
|---|---|---|
| 15 | Plaintiff, | |
| 16 | v. | **FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANT AJMALL GULHAM TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144); ORDER** |
| 17 | Ajmall Gulham D/B/A The Puffer Case, Jordi van Elst, and DOES 1-17, | |
| 18 | | |
| 19 | Defendant(s). | HONORABLE KIMBERLY J. MUELLER |
| 20 | | |

21       IT IS HEREBY STIPULATED by and between the parties hereto through their

22  respective attorneys that Defendant Ajmall Gulham may have additional time within which to

23  answer or otherwise respond to plaintiff's complaint. Therefore, the last day for defendant to

24  answer or otherwise respond to plaintiff's complaint is Monday, June 27, 2022.

25       Good cause exists for this extension as counsel are diligently working towards an

26  amicable resolution on the claims related to Defendant Gulham.

27

28
                                              1

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

DATED: May 19, 2022

BRIAN RUSS LAW, INC
By: /s/ Brian D. Russ
BRIAN D. RUSS
Attorney for Defendant Ajmall Gulham

DATED: May 19, 2022

WOOLACOTT PLLC
By: /s/ Jay Woollacott
Jay Woollacott
Attorneys for Plaintiff Urban Sophistication Ltd.

## ORDER

Defendant Ajmall Gulham shall respond to plaintiff's complaint on or before June 27, 2022. The court does not anticipate granting any further extensions of time. The Scheduling (Pretrial Scheduling) Conference set for June 16, 2022, is VACATED and RESET for July 28, 2022, at 2:30 p.m., with the filing of a joint status report due fourteen (14) days prior.

IT IS SO ORDERED.

DATED: May 26, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2

FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANT AJMALL GULHAM TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER
Case No. 2:22-cv-00093-KJM-JDP