Jay Woollacott (Cal. Bar. #83032)
Woollacott PLC
10850 Wilshire Blvd., Suite 825
Los Angeles, California 90024
T: (310) 481-2222 / F: (310) 481-9801
E: jw@woollacottPLC.com

Mari-Elise Paul (admitted *pro hac vice*)
Stites & Harbison PLLC
400 W. Market St., Suite 1800
Louisville, Kentucky 40202
T: (703) 837-3932
E: mpaul@stites.com

Attorneys for Urban Sophistication Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Urban Sophistication Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ajmall Gulham D/B/A The Puffer Case, Jordi van Elst, and DOES 1-17,<br><br>Defendants. | Case No. 2:22-cv-00093-KJM-JDP<br><br>JUDGMENT BY CONSENT DECREE AS TO DEFENDANT AJMALL GULHAM |

## JUDGMENT BY CONSENT DECREE

The court has ordered that the plaintiff Urban Sophistication Ltd., recover from the defendant Ajmall Gulham as follows:

Ajmall Gulham, and his agents, servants, employees and all those in active concert or participation with him, ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from, directly or indirectly: (a) advertising for sale, distributing, importing, manufacturing, marketing, selling, or receiving the proceeds from sales of any product and any product packaging bearing Urban Sophistication's mark URBAN SOPHISTICATION® or any mark confusingly similar, any product and any product packaging bearing Urban Sophistication's mark THE PUFFER CASE or any mark confusingly similar, any product and any product packaging bearing Urban Sophistication's The Puffer Case logo or any logo or mark confusingly similar, and any product and any product packaging bearing Urban Sophistication's trade dress including without limitation the unique shape of The Puffer Case or any trade dress confusingly similar; (b) acquiring, registering, or seeking to acquire or register any domain name containing or using the mark URBAN SOPHISTICATION® or the mark "The Puffer Case" or using the words of phrases "Urban Sophistication" or "The Puffer Case"; (c) using in commerce or applying for registration of the mark URBAN SOPHISTICATION, or the mark "The Puffer Case" or any confusingly similar mark; and (d) aiding or abetting any person or entity in engaging or attempting to engage in acts prohibited by (a), (b), or (c) above.

DATE: August 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE